No. 318, Misc. GRENE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 332, Misc. FERRARA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Leon B. Polsky* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 513, October Term, 1966. IMMIGRATION AND NATURALIZATION SERVICE *v.* LAVOIE, 387 U. S. 572. Rehearing denied. The *per curiam* opinion heretofore issued in this case on June 5, 1967, is hereby amended to provide that the judgment of the United States Court of Appeals for the Ninth Circuit be vacated rather than reversed, and that the case be remanded to that court in order that it may pass upon the issues in the case not covered by its prior opinion. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition and order.

No. 1385, Misc., October Term, 1966. WILLIAMS *v.* UNITED STATES, 386 U. S. 1038. Rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.